UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 08-11499 |
| Plaintiff, | District Judge Arthur J. Tarnow |
| v. | Magistrate Judge R. Steven Whalen |
| DARRYL R. MILLER, | |
| Defendant. / | |

**ORDER**

For the reasons stated on the record on October 21, 2008, Plaintiff's Motion to Remove Action [Docket #11] is DENIED.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: October 21, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on October 21, 2008.

S/Gina Wilson
Judicial Assistant